IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JACQUES RUFFIN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No. 23-00124-KD-MU |
| | ) |
| **DRAX BIOMASS, INC., BRUKS SIWERTELL, INC.,** | ) ) |
| | ) |
| Defendants. | ) |

**ORDER**

This action is before the Court on Parties' Report of Status of Settlement Discussions. (Doc. 89). The parties state a settlement agreement has been reached and that they need time to conclude the settlement. (Id.).

Accordingly, this action is **DISMISSED without prejudice subject to the right of either party to reinstate this action within sixty (60) days of the date of this Order** should the settlement not be finalized.

Each party shall bear their own costs unless agreed otherwise in the settlement agreement.

**DONE and ORDERED** this **11th day** of **December 2025.**

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE